FILED
FEB 2 1 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HERIBERTO GIL-CORONEL,<br><br>    Defendant. | CASE NO. 12CR4692-GT<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

ORDER

GOOD CAUSE APPEARING, the parties' Joint Motion to Continue Sentencing Hearing in this matter is granted. The Sentencing Hearing is hereby continued to February 28, 2013, at 9:30 a.m.

Date: 2-21-13

HON. GORDON THOMPSON, JR.
United States District Court Judge